# United States Court of Appeals
## For the First Circuit

No. 24-1829

UNITED STATES OF AMERICA,

Appellee,

v.

LILIAN GIANG,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 22, 2026, is amended as follows:

On page 9, line 4, replace "restructuring" with "[structuring]".